AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| FIRST DATA MERCHANT SERVICES LLC <br><br> *Plaintiff(s)* <br> v. <br> CENTER FOR JEWISH ADDICTION REHABILITATION, LLC D/B/A TIKVAH LAKE RECOVERY; and ADAM NESENOFF <br><br> *Defendant(s)* | Civil Action No. 25-cv-02940-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CENTER FOR JEWISH ADDICTION REHABILITATION, LLC D/B/A TIKVAH LAKE RECOVERY
6549 Rajol Dr, Sebring, Florida and
10281 Crosswind Rd, Boca Raton, Florida 33498.

See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   POLSINELLI P.C.
600 THIRD AVE., 42d Fl.
New York, NY 10016
Robert H. King, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/28/2025



*Signature of Clerk or Deputy Clerk*

Sandra Felgueiras

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST DATA MERCHANT SERVICES LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>CENTER FOR JEWISH ADDICTION REHABILITATION, LLC D/B/A TIKVAH LAKE RECOVERY; and ADAM NESENOFF,<br><br>        Defendants. | Case No. |

## RIDER TO PROPOSED SUMMONS

ADAM NESENOFF
10281 Crosswind Rd
Boca Raton, FL 33498

103880140.1